IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| LARRY MOTTU GUERRERO, | § |
| | § |
| Debtor, | § |
| | § |
| VS. | §   CIVIL ACTION NO. H-13-2803 |
| | § |
| WILLIAM KING SATTERWHITE, | § |
| | § |
| Appellant. | § |

## ORDER

On August 28, 2013, Appellant William King Satterwhite filed a notice of appeal under Federal Rule of Bankruptcy Procedure 8004. On September 23, 2013, the Clerk of Court notified Appellant that if he did not pay the filing fee by October 7, 2013, the district court "may dismiss the appeal without further notice." (Docket Entry No. 2). To date, Appellant has failed to pay the filing fee in whole or in part. The court orders this case to be dismissed, without prejudice, for want of prosecution. *See* Fed. R. Bank. P. 1017(b) (providing that the court may dismiss case for failing to pay filing fee); *see also In re Hall*, 354 F. App'x 842, 843 (5th Cir. 2009) (recognizing that court did not err by dismissing bankruptcy appeal on account of the appellant's failure to pay filing fees).

SIGNED on October 22, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge